# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> *ex rel.* MICHAEL S. LORD, <br> : <br> **Plaintiffs** <br> : <br> v <br> : <br> NAPA MANAGEMENT SERVICES <br> CORPORATION, NORTH AMERICAN: <br> PARTNERS IN ANESTHESIA <br> (PENNSYLVANIA), LLC, and : <br> POCONO MEDICAL CENTER, <br> : <br> **Defendants** | CIVIL ACTION NO. 3:13-2940 <br><br> (JUDGE MANNION) |

## O R D E R

Based on the foregoing memorandum, **IT IS HEREBY ORDERED** that:

1. PMC's motion to dismiss, (Doc. 50), is **GRANTED** and all of relator's claims in his complaint, (Doc. 26), against PMC are **DISMISSED WITH PREJUDICE**;

2. PMC is **DISMISSED FROM THIS ACTION**;

3. The clerk of court is directed to **TERMINATE** PMC as a party defendant in this case; and

4. Counts IV, V, and VI of relator's complaint, (Doc. 26), are **DISMISSED** against NAPA defendants.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: June 20, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2940-01-Order.wpd