# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **MICHAEL S. LORD,** | : : |
| **Plaintiffs** | : CIVIL ACTION NO. 3:13-2940 |
| v | : |
| | : (JUDGE MANNION) |
| **NAPA MANAGEMENT SERVICES CORPORATION, NORTH AMERICAN PARTNERS IN ANESTHESIA (PENNSYLVANIA), LLC, and POCONO MEDICAL CENTER,** | : : : : |
| **Defendants** | |

## O R D E R

Based on the foregoing memorandum, **IT IS HEREBY ORDERED** that:

1. NAPA defendants' motion to dismiss, (Doc. 52), relator's claims in his complaint, (Doc. 26), against them is **GRANTED IN PART** and **DENIED IN PART**;

2. NAPA defendants' motion to partially dismiss Counts I and II based on relator's FCA claims regarding alleged wrongdoing before June 2011 and after June 2013 is **GRANTED**, and the claims outside of the stated dates are **DISMISSED WITHOUT PREJUDICE**;

3. NAPA defendants' motion to partially dismiss Counts I and II based on relator's FCA claims regarding his Examination Allegations and his Informed Consent Allegations is **GRANTED**,

and these claims are **DISMISSED WITHOUT PREJUDICE**;

4. NAPA defendants' motion to dismiss relator's FCA claims in Counts I and II regarding his allegations that NAPA anesthesiologists were not immediately available is **DENIED**, and these claims will **PROCEED**;

5. NAPA defendants' motion to dismiss relator's FCA claims in Counts I and II regarding his allegations that NAPA anesthesiologists pre-signed attestations is **DENIED**, and these claims will **PROCEED**;

6. NAPA defendants' motion to dismiss Counts IV, V, and VI of relator's complaint, (Doc. 26), is **DISMISSED AS MOOT**;

7. NAPA defendants are directed to file their answer to the remaining claims against them in relator's complaint on or before **November 30. 2017**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: November 14, 2017**