UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL S. LORD, | Civil Action No.: 3:13-CV-2940 |
| *Plaintiffs/Relator*, | JUDGE MANNION |
| - v. - | |
| NAPA MANAGEMENT SERVICES CORPORATION, NORTH AMERICAN PARTNERS IN ANESTHESIA (PENNSYLVANIA), LLC, and POCONO MEDICAL CENTER, | ELECTRONICALLY FILED |
| *Defendants*. | |

**MOTION FOR RECONSIDERATION**

Under M.D. Pa. Local Rule 7.10 and Pennsylvania Rule of Professional Conduct 1.16(d) ("[u]pon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests"), Gerald Lawrence, Esq.; Scott V. Papp, Esq.; Sung-Min Lee, Esq.; and Lowey Dannenberg, P.C. ("Movants") file this motion respectfully requesting that the Court reconsider its May 2, 2018 Order (D.E. 84) denying Movant's Motion to Withdraw Appearance and to Stay Proceedings for 60 Days. D.E. 83.

Since Relator discharged them on April 26, 2018, applicable ethical rules prohibit Movants from acting on Relator's behalf. Therefore, without a brief stay

of the proceedings, Relator's interests may potentially be prejudiced while he searches for new counsel.

    WHEREFORE, Gerald Lawrence, Esq.; Scott V. Papp, Esq.; Sung-Min Lee, Esq.; and Lowey Dannenberg, P.C. respectfully request this Honorable Court to reconsider their Motion to Withdraw Appearance and remove their names from all future ECF notices after the date of the Order granting this Motion; and to stay this matter for sixty (60) days while Relator retains new counsel.

Dated: May 16, 2018                    Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

/s/ *Gerald Lawrence, Esquire*
Gerald Lawrence, Esquire
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA  19428
Tel.: (610) 941-2760

**LOWEY DANNENBERG, P.C.**
Scott V. Papp, Esq.
Sung-Min Lee, Esq.
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500

## **CERTIFICATE OF CONCURRENCE**

The undersigned certifies that he sought concurrence from Defendants.

Counsel for Defendants consents to this Motion.

/s/ *Sung-Min Lee, Esquire*
Sung-Min Lee, Esquire

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL S. LORD, | Civil Action No.: 3:13-CV-2940 |
| *Plaintiffs/Relator*, | |
| - v. - | JUDGE MANNION |
| NORTH AMERICAN PARTNERS IN ANESTHESIA, LLP, NAPA MANAGEMENT SERVICES CORPORATION, NORTH AMERICAN PARTNERS IN ANESTHESIA (PENNSYLVANIA), LLC, and POCONO MEDICAL CENTER, | ELECTRONICALLY FILED |
| *Defendants*. | |

## **CERTIFICATE OF SERVICE**

SUNG-MIN LEE, ESQUIRE, hereby certifies that on the 16th day of May, 2018, he caused to be served true and correct copies of the foregoing document by ECF on all counsel of record.

**LOWEY DANNENBERG, P.C.**

*/s/ Sung-Min Lee, Esquire*
SUNG-MIN LEE, ESQUIRE

4