# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL S. LORD,<br><br>*Plaintiffs/Relator*,<br><br>- v. -<br><br>NAPA MANAGEMENT SERVICES CORPORATION, NORTH AMERICAN PARTNERS IN ANESTHESIA (PENNSYLVANIA), LLC, and POCONO MEDICAL CENTER,<br><br>*Defendants*. | Civil Action No.: 3:13-CV-2940<br><br>JUDGE MANNION<br><br>ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW, this _14_ day of _September_, 2018, upon consideration of the Motion to Stay Proceedings for an Additional 30 Days filed by Gerald Lawrence, Esq.; and Lowey Dannenberg, P.C., it is **HEREBY ORDERED, ADJUDGED, AND DECREED that said Motion is GRANTED.**

The court will stay all proceedings thirty (30) days until October 15, 2018, in order for Relator to engage new counsel. Present counsel may withdraw after new counsel has entered their appearance.

BY THE COURT:

_____
Malachy E. Mannion
United States District Court Judge