

THOMAS J. CAMPENNI
15 South Franklin Street
Wilkes-Barre, PA 18711
Tel:   570.826.5652
Fax:  570.706.3437
tcampenni@rjglaw.com

March 28, 2019

**VIA ECF**

The Honorable Malachy Mannion
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA 18503

Re:   Lord v. NAPA Management Service Corporation, et al.
         3:13-CV-2940 (M.D. Pa.)

Dear Judge Mannion:

On March 11, 2019, the parties held a telephonic discovery conference. During the call, the parties agreed to briefing schedule regarding the privileged nature of certain emails. Specifically, Defendants agreed to file its principal brief by April 1, 2019 and any reply brief by April 22. 2019. Plaintiff agreed to file his responsive brief by April 15, 2019.

Due to conflicting legal obligations, Defendants respectfully request a two-day extension of the briefing schedule. With the Court's approval, the current briefing schedule would be extended as follows: (1) Defendants' principal brief would be due April 3, 2019; (2) Plaintiff's responsive brief would be due by April 17, 2019; and (3) Defendants' reply brief would be due by April 24, 2019.

Plaintiff concurs in this short extension of the briefing schedule.

Defendants respectfully request that the Court approve this modification of the briefing schedule.

Respectfully yours,

/s/*Thomas J. Campenni*

THOMAS J. CAMPENNI

cc:   All counsel of record (via ECF)

966191.1