**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **MICHAEL S. LORD,** : : | |
| **Plaintiffs** : | **CIVIL ACTION NO. 3:13-2940** |
| v : | |
| : | **(JUDGE MANNION)** |
| **NAPA MANAGEMENT SERVICES CORPORATION, NORTH AMERICAN PARTNERS IN ANESTHESIA (PENNSYLVANIA), LLC, and POCONO MEDICAL CENTER,** : : : | |
| **Defendants** : | |

# O R D E R

Based on the foregoing memorandum, **IT IS HEREBY ORDERED that:**

1. The motion for protective order of defendants NMSC and NAPA, **(Doc. 117)**, is **GRANTED**, and all of the documents identified in defendants' September 9, 2019 privilege log and submitted for *in camera* review are protected from disclose to the plaintiff except for Dr. Strobel's PowerPoint presentation entitled "Compliance Talk 2013", which is marked as Doc. 45.

2. The defendants are directed to provide plaintiff with Dr. Strobel's PowerPoint presentation entitled "Compliance Talk 2013", Doc.

45, by November 8, 2019.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**DATED: November 7, 2019**
13-2940-04-Order.wpd