UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA,**
*ex rel*. **MICHAEL S. LORD,**

    **Plaintiffs/Relator**

v

**NAPA MANAGEMENT SERVICES CORPORATION, AND NORTH AMERICAN PARTNERS IN ANESTHESIA (PENNSYLVANIA), LLC**

    **Defendants**

CIVIL ACTION NO. 3:13-2940

(JUDGE MANNION)

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**: The motion seeking leave to file an amended complaint, (Doc. 157), filed on behalf of Relator, Michael S. Lord, is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 1, 2021**
13-2940-05-ORDER