# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel*. **MICHAEL S. LORD,** | : |
| | : |
| Plaintiffs/Relator | CIVIL ACTION NO. 3:13-2940 |
| | : |
| v | |
| | :   (JUDGE MANNION) |
| **NAPA MANAGEMENT SERVICES CORPORATION, NORTH AMERICAN PARTNERS IN ANESTHESIA (PENNSYLVANIA), LLC, and POCONO MEDICAL CENTER,** | : |
| | : |
| Defendants | : |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion seeking partial reconsideration of the denial of leave to file an amended complaint, (Doc. 173), filed on behalf of Relator, Michael S. Lord, is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 14, 2022**
13-2940-06-ORDER